

UNITED STATES DISTRICT COURT
NORTHERN DISTRICTOF ILLINOIS

JOHN WOODARD
Claimant

v.

BANK OF NEW YORK
Respondent

) case no.
)
) **COMPLAINT FOR DAMAGES**
) **AND EQUITABLE RELIEF**
) 1. Perjury
) 2. Extortion
) 3. Fraud

08CV2812
JUDGE GOTTSCHALL
MAG.JUDGE BROWN

MAY 15 2008
RECEIVED
MAY 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

NOW COMES, Claimant John Woodard pursuant to rules (13) A,D & G of the Federal Rules Of Civil Procedure, moves that the court adhere to the law and hold the Plaintiffs accountable for the following list of crimes committed with assumed jurisdiction, and award the accompanying fines of 500,000 dollars per infraction in negotiable currency of the United States of America, for each felony perpetrated and 200,000 dollars for each misdemeanor pursuant to title 18 U.S.C. section 3571(c) (3),(c)(5).

Now States the Claimant,

THE BANK OF NEW YORK ON TWO SEPARATE INSTANCES ATTEMPTED TO FORECLOSE ON THE HOUSE OF JOHN WOODARD, WITHOUT BEING THE HOLDER OF THE NOTE, MORTGAGE OR CHAIN OF ASSIGNMENT. THE BANK OF NEW YORK FRAUDENTLY ATTEMPTED TO FOOL THE COURT ON SEVERAL DIFFERENT OCCASIONS BEFORE THEY PRODUCED DOCUMENTATION THAT STATED THEY NEVER HAD THE NOTE IN QUESTION, AND THEIR CLAIM WAS DISMISSED,TWICE.

1. Respondent committed 2 counts of Perjury pursuant to 18 U.S.C. 1962(a)(2). By stating they held the note, in the motions to foreclose,that were presented to the court.

2. Respondent committed 2 counts of extortion pursuant to 18 U.S.C., when plaintiff was told to pay for his and personal property, or his property would be taken and sold by the sheriff.

3. Respondent committed 2 counts of Fraud pursuant to 18 U.S.C., by knowingly attempting to fool the plaintiff and the court.

4. John Woodard is a United States National on file at the Cook County Recorder of Deeds, freeing him from local jurisdiction.

5. The Fifth Amendment of the United States Constitution states that, "No person shall be deprived of life, liberty or property, without due process of law." -Complaint,Witnesses, and Grand Jury Indictment.-

(c) "The claim and exercise of a Constitutional right cannot be converted into a crime" Miller v. U. S. 230 F 2nd 486,489.

(d) "Where rights are secured by the Constitution are involved, there can be no rule-making or legislation which would abrogate them." Miranda v. Arizona 384 US. 436,125.

5. A corporate entity whether it be a city or US Government, cannot testify as an injured party. As an individual one can speak for a corporation, but cannot be an injured party-as a living person of record. -In Propria Persona.-

7. Penhollow v. Doane's Administrators, states that, "All corporations are subject to men." This includes the Cook County and all its departments.

Wherefore the claimant respectfully moves the court to uphold all federal fines for all crimes committed by the respondent , and award the claimant actual compensation with treble damages as well as compensation for the pain and suffering for the claimant.

John woodard
7817 Maryland Ave.
chicago, il 60619
773-305-6774

CWF

**YOU MUST CALL OUR OFFICE TO VERIFY THE PAYOFF FIGURES ONE DAY PRIOR TO CLOSING AND FORWARDING FUNDS. IF THIS IS NOT DONE, FUNDS WILL BE RETURNED IF THEY ARE NOT SUFFICIENT.**

**FISHER and SHAPIRO, LLC**
**4201 Lake Cook Road**
**Northbrook, IL 60062**
**TEL (847)291-1717**
**FAX (847)291-1740**

March 9, 2006

Aaron
Fax no. 949-328-3005

RE: BANK OF NEW YORK vs. WOODARD, JOHN
Loan No. 3598939
Property Address: 7817 SOUTH MARYLAND AVE., Chicago, IL 60619
FS No.: FF-64874

We are in receipt of your request for information pertaining to the sums necessary to pay off the above mortgage account. As we are not certain as to when the above funds will be tendered and as the amounts necessary to pay off the loan change periodically, the information provided below is current only through March 15, 2006. **DO NOT REMIT FUNDS PRIOR TO CONTACTING OUR OFFICE. YOU MUST CONTACT OUR OFFICE ONE DAY BEFORE CLOSING AND/OR SENDING FUNDS.**

The amounts necessary to pay off to 3/15/06 are as follows:

| | |
|---|---|
| Unpaid principal balance | $74,773.49 |
| Interest thru 03/15/06 | $5,207.91 |
| Escrow Advances | $454.77 |
| Late Charges | $63.78 |
| Property Inspections | $12.50 |
| FC/BK Fees/Expense Advances (Attorney Fees and Costs) | $549.38 |
| Additional costs | $-389.78 |
| Unapplied/Suspense Balance | -426.28 |
| County Recording Fee | 36.50 |
| TOTAL | $80,672.05 |



**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - CHANCERY DIVISION**




**BANK OF NEW YORK**

**PLAINTIFF,**

**-vs-**

**JOHN O. WOODARD; TINISHA WOODARD A/K/A TINISHA L. WOODARD A/K/A TINISHA L. LEGAUX A/K/A TINISHIA L. LEGAUX; FRANKLIN CREDIT MANAGEMENT CORPORATION; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS**

**DEFENDANTS**

**NO. 05 CH 12133**

**AMENDED COMPLAINT TO FORECLOSE MORTGAGE**

Plaintiff by its Attorneys, FISHER AND SHAPIRO, LLC, states as follows:

1. Plaintiff files this complaint pursuant to 735 ILCS 5/15-1101 et. seq., Illinois Code of Civil Procedure, to foreclose the mortgage, trust deed or other conveyance in the nature of a mortgage (hereinafter called "mortgage") hereinafter described and joins the following persons as defendants:

JOHN O. WOODARD
TINISHA L. WOODARD A/K/A TINISHA L. LEGAUX A/K/A TINISHIA L. LEGAUX
FRANKLIN CREDIT MANAGEMENT CORPORATION
UNKNOWN OWNERS AND NON-RECORD CLAIMANTS

2. That Plaintiff has heretofore elected to declare the whole of the principal sum remaining unpaid together with interest thereon to become immediately due and payable and by the filing of this complaint Plaintiff has confirmed said election.

3. Attached as "EXHIBIT A" is a true copy of the Mortgage. Attached as "EXHIBIT B" is a true copy of the note secured thereby.

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

**FF-64874**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - CHANCERY DIVISION**

| | |
|---|---|
| BANK OF NEW YORK<br>PLAINTIFF,<br>-vs-<br>JOHN O. WOODARD; FRANKLIN CREDIT MANAGEMENT CORPORATION; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS<br>DEFENDANTS | NO. 05 CH 12133<br><br>CALENDAR NO: 55 |

FILED
CH-2810
AUG 2 0 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**NOTICE OF MOTION**

TO:
-Franklin Credit Management Corporation, C/O Kimberly Shaw, 6 Harrison Street, 6th Street, New York, NY 10013
-John O. Woodard, 6518 S. University Ave, Apt. 1, Chicago, IL 60637
-Arnell D Harris, 1954 W. 115th Street, Chicago, IL 60643
-Unknown Owners And/Or Non-Record Claimants, 7817 South Maryland Ave., Chicago, IL 60619

On August 20, 2007, at 1:00 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Curcio or any Judge sitting in his/her stead in the Courtroom 2810 usually occupied by him/her in Cook County Circuit Clerk - Richard J. Daley Center, 50 West Washington Street, Chicago, IL 60602, and shall there and then present Plaintiff's Motion for Default, Judgment of Foreclosure and Sale and Motion for Order Appointing Selling Officer.

BANK OF NEW YORK

[signature]
One of Plaintiff's Attorneys

**PROOF OF SERVICE BY MAIL**

The undersigned, a non-attorney, on oath, states:

I served this notice by mailing a copy to the above-named persons at the above-listed addresses by depositing the same in the U.S. Mail at 4201 Lake Cook Road, Northbrook, Illinois 60062, before 5:00 p.m. on August 10, 2007 with proper postage prepaid.

[signature]

Signed and sworn to before me this 10 day of August, 2007

[signature]
Notary Public

Official Seal
Sandra Sonanes
Notary Public State of Illinois
My Commission Expires 06/21/08

Christopher A. Cieniawa
Fisher and Shapiro, LLC
Attorneys for Plaintiff
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717 Ext: 4307
Attorney No: 42168

Order CCG N002-300M-2/24/05 ( )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Bank of New York

v.

John Woodland

No. 05 CH 12133

Branch # 55

**ORDER**

This matter coming before the Court on Defendant John Woodland's Motion to Vacate [illegible] ... [illegible] Appearing on behalf of Bank of New York. The Court being fully advised in the premises, it is hereby ordered: Defendant's Motion to Vacate [illegible] is granted.

Atty. No.: 42164

Name: [illegible]

Atty. for: Bank of New York

Address: [illegible]

City/State/Zip: [illegible]

Telephone: [illegible]

ENTERED:

Dated: Associate Judge Lisa R. Curcio

DEC 03 2007

Circuit Court - 1864

Judge Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Document ID # 00035989392005N

18469106

**AFFIDAVIT OF LOST ASSIGNMENT OF MORTGAGE / DEED OF TRUST**

Date: March 13, 2007

Based upon a diligent search of the property records, it appears the assignment of the Mortgage from FRANKLIN CREDIT, 1800 TAPO CANYON RD, SIMI VALLEY, CA 93063, (Assignor), to THE BANK OF NEW YORK AS TRUSTEE, 101 Barclay Street #22-7, New York, NY 10286, (Assignee), was never recorded and inadvertently not completed and is now unobtainable. The below described Note and Mortgage is currently serviced by Countrywide Home Loans, Inc.

Said Mortgage dated: February 22, 2002, recorded in the County of COOK, State of ILLINOIS

Original Grantor: JOHN WOODARD & TINISHA L. WOODARD

Original Principal Amount: $76,400.00

Mortgage Recorded: ____________________

Document # ____________________

Book # ______________ Page # ______________

Property Address: 7817 SOUTH MARYLAND AVENUE, CHICAGO, IL 60619

**COUNTRYWIDE HOME LOANS, INC**

WITNESS:

BY ____________________
Madlen Gevorgian

BY ____________________
Tom Garcia, Assistant Secretary

**JURAT**

STATE OF CALIFORNIA
COUNTY OF VENTURA

Subscribed and sworn to (or affirmed) before me on this 13th day of March, 2007, by **Tom Garcia**, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Witness my hand and Official Seal:

____________________
L. Glenn-Notary Public



L. GLENN
COMM. #1458514
NOTARY PUBLIC – CALIFORNIA
VENTURA COUNTY
My Commission Exp. Dec. 23, 2007

Prepared by Kathie Tepoxtecatl

When recorded mail to:
Countrywide Home Loans, Inc
PO Box 10423 MS:SV-79
Van Nuys, CA 91499-6211
Attention: Assignment Unit