

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: John Woodard
(Please print)

STREET ADDRESS: 7317 Maryland Ave

CITY/STATE/ZIP: Chicago IL 60619

PHONE NUMBER: (773) 305-6774

CASE NUMBER: **08CV2812**
**JUDGE GOTTSCHALL**
**MAG. JUDGE BROWN**

Signature: [signed]   Date: 5/13/08

F I L E D
MAY 15 2008
MAY 15 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT